UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  Crim. No. 13-10332-PBS |
| | ) |
| SEYED ABOLFAZL SHAHAB JAMILI (2) | ) |
| | ) |
| | ) |
| Defendant. | ) |

## DISMISSAL OF COUNTS 1-10 OF THE INDICTMENT
## AGAINST DEFENDANT #2 SEYED ABOLFAZL SHAHAB JAMILI

Pursuant to Fed. R. Crim. P. 42(a), the United States hereby dismisses Counts One through Ten of the Indictment and the forfeiture allegations against defendant #2 SEYED ABOLFAZL SHAHAB JAMILI. The Government is dismissing the counts against defendant Jamili based upon issues regarding securing extradition of the defendant and significant foreign policy interests.

This dismissal only relates to defendant JAMILI and does NOT affect the pending case against defendant #1 SIHAI CHENG a/k/a CHUN HAI CHENG a/k/a ALEX CHENG. Nor is the government dismissing any counts against the other two defendants.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:   /s/ *B. Stephanie Siegmann*
B. Stephanie Siegmann
Assistant U.S. Attorney

Leave to File Granted:

_____
Patti B. Saris, Judge
United States District Court